**Order entered November 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01246-CV

### R2GO TRANSPORT LLC A/K/A READY 2 GO TRANSPORT LLC, Appellant

### V.

### XELLEX CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 0C-18-16746**

## ORDER

Before the Court is appellant's November 22, 2019 motion for an extension of time to file

their brief on the merits.  We **GRANT** the motion and extend the time to **December 20, 2019**.


/s/      KEN MOLBERG
JUSTICE